The Honorable S. Kate Vaughn

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER ODDO, HARRY HYADUCK, SR., LARRY KAHHAN and GERALD DWYER, on Behalf of Themselves and All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA INC,<br><br>Defendant. | NO. 2:25−cv−01651−SKV<br><br>**NOTICE OF APPEARANCE** |

TO:        The Clerk of the Court

AND TO:    All Parties and Their Counsel of Record

     YOU WILL PLEASE TAKE NOTICE that Jason T. Dennett and Kaleigh N. Boyd of Tousley Brain Stephens PLLC appear as attorneys of record for Plaintiffs and Putative Class in the above-entitled action.

     You are hereby directed to serve all future pleadings or papers, except original process, upon said attorneys at their address listed below.

//

//

NOTICE OF APPEARANCE - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | DATED this 30th day of September, 2025. |
| 2 | |
| 3 | TOUSLEY BRAIN STEPHENS PLLC |
| 4 | |
| 5 | By: *s/Jason T. Dennett* |
| 6 | Jason T. Dennett, WSBA #30061<br>jdennett@tousley.com |
| 7 | *s/Kaleigh N. Boyd* |
| 8 | Kaleigh N. Boyd, WSBA #52684<br>kboyd@tousley.com |
| 9 | 1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101 |
| 10 | Telephone: 206.682.5600/Fax: 206.682.2992 |
| 11 | ***Attorneys for Plaintiffs and Proposed Class*** |

NOTICE OF APPEARANCE - 2