UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER ODDO, HARRY HYADUCK, SR., LARRY KAHHAN and GERALD DWYER, on Behalf of Themselves and All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA INC,<br><br>Defendant. | No. 2:25-cv-01651-RAJ<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**<br><br>Noted for: December 2, 2025 |

## RECITALS

Plaintiffs Christopher Oddo, Harry Hyaduck Sr., Larry Kahhan, and Gerald Dwyer ("Plaintiffs") and Defendant T-Mobile USA, Inc. ("T-Mobile") (collectively, the "Parties"), hereby stipulate and agree to the following schedule for briefing of T-Mobile's anticipated motions to compel arbitration and to stay discovery.

**WHEREAS**, Plaintiffs originally filed this action in the District of New Jersey on July 12, 2024;

**WHEREAS**, T-Mobile filed a motion to dismiss for lack of personal jurisdiction and to compel arbitration, and the Court transferred this action to the Western District of

STIPULATED MOTION AND [PROPOSED] ORDER] RE BRIEFING SCHEDULE – 1
(Case No. 2:25-cv-01651-RAJ)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Washington, where T-Mobile is headquartered, on August 28, 2025, without addressing the merits of T-Mobile's motion to compel arbitration;

**WHEREAS**, Plaintiffs intend to file an amended complaint, a draft of which Plaintiffs' counsel shared with T-Mobile on November 17, 2025;

**WHEREAS**, T-Mobile has informed Plaintiffs' counsel that it consents to Plaintiffs filing the amended complaint provided to T-Mobile on November 17, 2025;

**WHEREAS**, T-Mobile intends to file a motion to compel arbitration of Plaintiffs' claims and a motion to stay discovery, which Plaintiffs intend to oppose;

**WHEREAS**, based on good-faith discussions among the Parties' counsel, informed by their experience, the Parties respectfully submit that the interests of justice and efficient consideration by this Court can best be achieved by setting a briefing schedule as set forth below;

**WHEREAS**, the Parties agree that the proposed briefing schedule below is conditioned on Plaintiffs filing of an amended complaint that is substantively identical to the draft provided to T-Mobile on November 17, 2025, and T-Mobile reserves the right to request a modification of the proposed schedule below should that condition not be met; and

**WHEREAS**, this Stipulated Motion does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection;

## STIPULATED MOTION

**NOW THEREFORE**, the Parties hereby agree and stipulate, and respectfully move the Court to enter an order, as follows:

1. T-Mobile's Motion to Compel Arbitration and Motion to Stay Discovery shall be filed on January 16, 2026;

2. Plaintiffs' deadline to respond to T-Mobile's Motion to Compel Arbitration and

STIPULATED MOTION AND [PROPOSED ORDER] RE BRIEFING SCHEDULE – 2
(Case No. 2:25-cv-01651-RAJ)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1 | Motion to Stay Discovery shall be March 10, 2026; and

2 |     3. T-Mobile's deadline to file a reply in support of its Motion to Compel Arbitration and Motion to Stay Discovery shall be April 7, 2026.

DATED: December 2, 2025.

| *s/ Thomas J. Bone* | *s/ Jason T. Dennett* |
|---|---|
| Michael A. Moore, WSBA No. 27047 | Jason T. Dennett, WSBA #30061 |
| Thomas J. Bone, WSBA No. 43965 | Kaleigh N. Boyd, WSBA #52684 |
| CORR CRONIN LLP | TOUSLEY BRAIN STEPHENS PLLC |
| 1015 Second Avenue, Floor 10 | 1200 Fifth Avenue, Suite 1700 |
| Seattle, WA 98104 | Seattle, Washington 98101 |
| Tel: (206) 625-8600 | Telephone: 206.682.5600 |
| Fax: (206) 625-0900 | Fax: 206.682.2992 |
| mmoore@corrcronin.com | jdennett@tousley.com |
| jbone@corrcronin.com | kboyd@tousley.com |
| | |
| Kristine McAlister Brown, *pro hac vice* | Greg M. Kohn, *pro hac vice* |
| David Carpenter, *pro hac vice* | Lisa R. Considine, *pro hac vice* |
| Alston & Bird LLP | NAGEL RICE, LLP |
| 1201 West Peachtree Street | 103 Eisenhower Parkway |
| One Atlantic Center | Roseland, New Jersey 07068 |
| Atlanta, GA 30309 | Tel: 973-618-0400 |
| Tel: 404-881-7584 | gkohn@nagelrice.com |
| kristy.brown@alston.com | lconsidine@nagelrice.com |
| david.carpenter@alston.com | |
| | |
| *Attorney for Defendant T-Mobile USA, Inc.* | *Attorneys for Plaintiffs and Proposed Class* |

STIPULATED MOTION AND [PROPOSED ORDER] RE BRIEFING SCHEDULE – 3
(Case No. 2:25-cv-01651-RAJ)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# [PROPOSED] ORDER

For the reasons above, and finding good cause, the Court hereby grants the Parties' stipulated motion. It is so ordered.

_____
THE HONORABLE RICHARD JONES
United States District Judge

STIPULATED MOTION AND [PROPOSED
ORDER] RE BRIEFING SCHEDULE – 4
(Case No. 2:25-cv-01651-RAJ)

**CORR CRONIN** LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900