# Exhibit 10



Bill issue date: May 18, 2023
Account: ####9597
Page 1 of 32

## TOTAL DUE
## $385.28

Your bill is due by Jun 11, 2023.

AutoPay is scheduled for Jun 09, 2023 using American Express ***####

Thanks for paying your last bill of $381.39 on May 09, 2023.

# Hi Sam,

### Here's your bill for May.

With your ONE Plan plans, you have unlimited talk, text and data. You're receiving your AutoPay discount. Thanks for being an awesome T-Mobile customer!

---

### PLANS
### $321.52

10 VOICE LINES = $240.00  |  2 CONNECTED DEVICES = $40.00  |  1 DIGITS = $1.52  |  4 WEARABLES = $40.00

**This month's charges are $10.00 less**

- 3 lines received a total KickBack discount of $30.00.
- ####9596 didn't receive a KickBack discount because data threshold was exceeded.
- Account received a total AutoPay discount of $40.00.



COMPARE YOUR PLAN MONTH-TO-MONTH
$331.52 (Feb)  $331.52 (Mar)  $331.52 (Apr)  $321.52 (May)

---

### EQUIPMENT
### $0.00

**This month's charges are the same as last month's**

- You can always go to My.T-Mobile.com/shop to check out new device deals and promotions.

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

### SERVICES
### $59.43

1 ONE PLAN FEATURE = $50.00  |  1 T-MOBILE SUBSCRIPTION = $9.43

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Simple Global update:**

- Stay connected and stay up to date around the world with unlimited data now at faster speeds than before

Details @ t-mo.co/SGCall

---

### ONE-TIME CHARGES
### $4.33

1 CHARGED USAGE = $14.18  |  2 OTHER ONE-TIME CHARGES = -$9.85

- 2 lines had one-time charges of -$9.85. See below for details.
- ######## had a total of $14.18 usage charges, including International Calling.




SAM MARCUS





Please detach this portion and return with your payment. Please make sure address shows through window.

Pay by phone: *PAY(*729)    Pay online: t-mobile.com/pay

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

Total due by Jun 11, 2023
$385.28
You are paying by AutoPay

Amount enclosed

SAM MARCUS
Account number: ▇▇▇9597

☐ **Change your address** - Check box and provide new address on reverse side

04095378959706112300003852806003500 00