# Exhibit 36

# Receipt

| | | | |
|---|---|---|---|
| **Store** | **Customer** | **Date:** | 11-13-2019 18:48:30 |
| T-Mobile Northeast, LLC - 7774 | sam marcus | **Account #:** | ******597 |
| 2181 BROADWAY | -9596 | **Register #:** | 5 |
| NEW YORK, NY, 10024-6611 | | **Trans #:** | 2287 |
| (212) 580-4381 | | | |
| Sales Rep #: ****357 | | | |
| DCA License Number: 1341721 | | | |
| DCA License Number: 2003905 | | | |

**Transaction Details**

| SKU | Description | Qty @ Price | Extension |
|---|---|---|---|
| ZZZ260R060 | TRIPLESIM PLUG 64K T-MOBILE UICC 2017<br>Mobile Number : 9596<br>IMEI<br>SIMREP<br>Not Discount Eligible | 1 @ 10.00 | $10.00 T |

|  |  |
|---|---|
| Sale Amount | $10.00 |
| TAX 10.00 @ 8.88% | $0.89 |
| Total Tax | $0.89 |
| Total | $10.89 |
| VISA *** 2 00323I C/O | $−10.89 |
| Reference # - 334683022 | |
| AID:  A0000000031010 | |
| CHASE VISA | |

Visit my.t-mobile.com to view details on your account

If you activate or use T-Mobile service, or purchase a T-Mobile device, you agree to T-Mobile's Terms and Conditions and any terms specific to your rate plan.

If you have a device or accessory under one of our device programs, refer to your agreement for the specific terms and conditions of that program.

**Disputes.** T-Mobile REQUIRES ARBITRATION OF DISPUTES unless for new customers YOU OPT OUT WITHIN 30 DAYS OF ACTIVATION, or for existing customers YOU PREVIOUSLY OPTED OUT PURSUANT TO T-MOBILE'S TERMS AND CONDITIONS. For details see T-Mobile's Terms and Conditions at www.T-Mobile.com/terms-conditions.

**Return Policy.** T-Mobile will gladly assist you with your Returns. You can return or exchange a Device or accessory ("Device") for a refund within 14 days of the purchase or lease date of the original Device. Return the Device with your receipt, in its package, with all contents, undamaged and in good working condition, with no material alterations to the Device's hardware or software to the sales channel where you received your Device. Refunds and exchanges will be less any rebates received and shipping costs. Certain promotional offers may require you to return all items you received with your Device and could cause you to become ineligible for any promotional discounts. You will also be required to pay a restocking fee as follows: The restocking fee is $75 for advanced, data-focused devices designed for Web browsing (e.g., tablets, netbooks); $50 for high-end phones and wearable devices with SIM cards designed for Web and social media, voice and text messaging; and $25 for  basic phone devices, data sticks.

**Prepaid services, e−coupons and gift cards are non−refundable.**

_____
Cardholder Signature:
VISA