# Exhibit 37

| Tracking Number | Document ID | Inserted Date | First Name | Middle Name | Last Name | First Name 2 | Middle Name 2 | Last Name 2 | Business Name | Representative Name | Address 1 | Address 2 | City | State | Zip Code | Country | Opt Out Method | Call Identification | Phone Number/TVision Account Number | IMSG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27846 | 900012262 | 6/15/2024 | CHRISTOPHER | | ODDO | | | | | | 9 AVE AT PORT IMPERIAL APT 512 | | WEST NEW YORK | NJ | 7093 | United States | Web | | 917-972-3238 | TMOBILE OPT OUT |
| 27900 | 900012316 | 6/25/2024 | HARRY | | HYADUCK | | | | | | 2010 BROOK VALLEY CT | | JONESBORO | GA | 30236-3956 | United States | Web | | 770-471-2354 | TMOBILE OPT OUT |
| 27821 | 900012237 | 6/11/2024 | LARRY | | KAHHAN | | | | | | 2207 BENSLEY ST | | HENDERSON | NV | 89044-0158 | United States | Web | | 702-487-0922 | TMOBILE OPT OUT |
| 27822 | 900012238 | 6/11/2024 | GERALD | | DWYER | | | | | | 135 PROSPECT ST STE 302 | | PHOENIXVILLE | PA | 19460 | United States | Web | | 267-238-7011 | TMOBILE OPT OUT |
| 29236 | 900013638 | 5/13/2025 | SAM | | MARCUS | | | | | | 1440 SHERWOOD RD | | HIGHLAND PARK | IL | 60035-2836 | United States | Web | | 224-349-9354 | TMOBILE OPT OUT |
| 18261 | 900002703 | 02/12/2021 | SAM | | MARCUS | | | | | | 1440 SHERWOOD RD | | HIGHLAND PARK | IL | 60035-2836 | UNITED STATES | Web | | 646-410-3409 | TMOBILE OPT OUT |
| 16788 | 900001230 | 02/21/2020 | SAM | | MARCUS | | | | | | 1440 SHERWOOD RD | | HIGHLAND PARK | IL | 60035-2836 | UNITED STATES | Web | | 405-740-0201 | TMOBILE OPT OUT |
| 16702 | 900001144 | 01/23/2020 | SAM | | MARCUS | | | | | | 1440 SHERWOOD RD | | HIGHLAND PARK | IL | 60035-2836 | UNITED STATES | Web | | 914-261-9621 | TMOBILE OPT OUT |
| 16703 | 900001145 | 01/23/2020 | SAM | | MARCUS | | | | | | 1440 SHERWOOD RD | | HIGHLAND PARK | IL | 60035-2836 | UNITED STATES | Web | | 224-322-1824 | TMOBILE OPT OUT |
| 9975 | 800005797 | 02/10/2017 | SAM | | MARCUS | | | | | | 1440 SHERWOOD ROAD | | HIGHLAND PARK | IL | 60035 | UNITED STATES | Web | | 847-736-9596 | TMOBILE OPT OUT |
| 10921 | 800006743 | 02/10/2017 | SAM | | MARCUS | | | | | | 1440 SHERWOOD ROAD | | HIGHLAND PARK | IL | 60035 | UNITED STATES | Web | | 312-543-4647 | TMOBILE OPT OUT |
| 10922 | 800006744 | 02/10/2017 | SAM | | MARCUS | | | | | | 1440 SHERWOOD ROAD | | HIGHLAND PARK | IL | 60035 | UNITED STATES | Web | | 847-867-6525 | TMOBILE OPT OUT |