THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER ODDO, HARRY HYADUCK, SR., LARRY KAHHAN GERALD DWYER, and SAM MARCUS on behalf of themselves and all other persons similarly situated,

Plaintiffs,

vs.

T-MOBILE USA, INC.,

Defendant.

No. 2:25-cv-01651-RAJ

**[PROPOSED] ORDER**

Upon consideration of Defendant T-Mobile USA, Inc.'s ("T-Mobile") Motion to Stay Discovery ("Motion to Stay") and brief in support thereof, any opposition, and reply thereto, **IT IS HEREBY ORDERED** that T-Mobile's Motion to Stay is **GRANTED**; and it is further ordered that discovery in this action is **STAYED** pending resolution of T-Mobile's Motion to Compel Arbitration and Stay Action.

**SO ORDERED**.

DATED this ___ day of _____, 2026.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
No. 2:25-cv-01651-RAJ – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN LLP

*s/ Michael Moore*
Michael A. Moore, WSBA No. 27047
Thomas J. Bone, WSBA No. 43965
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: (206) 625-8600
Fax: (206) 625-0900
mmoore@corrcronin.com
jbone@corrcronin.com

*s/ Kristine Brown*
Kristine McAlister Brown (*Pro Hac Vice*)
David Carpenter (*Pro Hac Vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
david.carpenter@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

[PROPOSED] ORDER
No. 2:25-cv-01651-RAJ – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900