THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER ODDO, HARRY HYADUCK, SR., LARRY KAHHAN, GERALD DWYER, and SAM MARCUS, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:25-cv-01651-RAJ<br><br>**DECLARATION OF DAVID CARPENTER ESQ. IN SUPPORT OF T-MOBILE'S MOTION TO COMPEL ARBITRATION AND MOTION TO STAY DISCOVERY** |

I, David Carpenter, Esq., declare:

1. My name is David Carpenter, Esq. I am an attorney at Alston & Bird LLP and represent T-Mobile USA, Inc. ("T-Mobile") in the above captioned matter. The facts set forth herein are based upon my personal knowledge. I am over the age of 18 and am competent to make this declaration. If called as a witness to testify regarding these facts, I could and would do so competently.

2. On January 12, 2026, pursuant to the meet and confer requirement in the Honorable Richard A. Jones' General Motions Practice rules, counsel for the Parties (who are located all

DECLARATION OF DAVID CARPENTER ESQ. IN SUPPORT OF T-MOBILE'S MOTION TO COMPEL ARBITRATION AND MOTION TO STAY DISCOVERY
No. 2:25-cv-01651-RAJ – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1. across the country) met virtually to discuss the substantive grounds of T-Mobile's anticipated Motion to Compel Arbitration ("Motion to Compel") and Motion to Stay Discovery ("Motion to Stay," collectively the "Motions") and to discuss the possibility of a resolution that would eliminate the need for the Motions. I attended on behalf of T-Mobile along with my colleague, Jared Allen. Greg Kohn and Kaleigh Boyd attended on behalf of Plaintiffs.

2. 3. During the meeting, I explained T-Mobile's position that all five named Plaintiffs agreed to arbitrate and therefore their claims are not properly before the Court. I previewed that T-Mobile intends to raise many of the same arguments that it asserted in its initial motion to compel when this case was pending in the United States District Court for the District of New Jersey, including that none of the Plaintiffs timely opted out of arbitration, and that counsel therefore will be familiar with much of the substance the motion.

3. 4. Plaintiffs' counsel indicated they understand T-Mobile's arguments and position based on its initial motion and the parties' numerous discussions. Counsel indicated they disagree that Plaintiffs agreed to arbitrate their claims, and that they believe Plaintiff Marcus, specifically, timely opted out of arbitration, so at least his claims should go forward, and discovery should proceed as to his claims. I reiterated that T-Mobile disagrees discovery is appropriate at time for any Plaintiff and believes that discovery should be stayed pending resolution of the Motion to Compel for good cause.

4. 5. All present agreed that the Parties were at an impasse and that at this time there was no resolution possible that would eliminate the need for T-Mobile to file the Motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on January 16, 2026.

/s/ *David Carpenter*
David Carpenter, Esq.

DECLARATION OF DAVID CARPENTER ESQ.
IN SUPPORT OF T-MOBILE'S MOTION TO COMPEL
ARBITRATION AND MOTION TO STAY DISCOVERY
No. 2:25-cv-01651-RAJ – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900