The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER ODDO, HARRY HYADUCK,SR.,LARRY KAHHAAN and GERALD DWYER, SAM MARCUS, on Behalf of Themselves and All Other Persons Similarly Situated,

Plaintiffs,

v.

T-MOBILE USA INC,

Defendant.

Case No. 2:25−cv−01651−RAJ

**DECLARATION OF SAM MARCUS IN OPPOSITION TO T-MOBILE'S MOTION TO COMPEL ARBITRATION AND STAY ACTION**

I, Sam Marcus, declare:

1. I am a Plaintiff in the above-captioned case.
2. I am over the age of eighteen and competent to make this declaration.
3. I did not sign a purchase contract for a SIM card device on November 13, 2019.
4. The receipt at Exhibit 36 to the Sanchez Declaration reflects that the SIM card purchased was paid for with a Chase Visa card. That is not my Chase Visa card, and I did not purchase a SIM card. Moreover, the signature on the November 13, 2019 purchase contract annexed at Exhibit 36 to the Sanchez Declaration is not mine.
5. I submitted opt-out requests for the voice lines ending in 9621 and 1824 within 30 days of activating those new lines of service.

6. I submitted an opt-out request for the voice line ending in 0201 within 30 days of activating that new line of service.
7. I submitted an opt-out request for the voice line ending in 3409 within 30 days of activating that new line of service.
8. I submitted an opt-out request for the voice line ending in 9354 within 30 days of activating that new line of service.
9. I have never had 23 voice lines with T-Mobile.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

______________________________

Sam Marcus